IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-171-RLV-DCK

| | |
|---|---|
| **MYRA M. HOBBS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ABERNATHY LAURELS,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Mediator's Report Of Settlement Conference Pursuant To Pro Se Settlement Assistance Program" (Document No. 18) notifying the Court that the parties reached a settlement on March 13, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **April 16, 2017**.

**SO ORDERED**.

Signed: March 16, 2017

David C. Keesler
United States Magistrate Judge